In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-537 CV


____________________



IN THE INTEREST OF M.E.H.






On Appeal from the County Court at Law No. 3


Montgomery County, Texas


Trial Cause No. 03-02-00997 CV






 MEMORANDUM OPINION 


 Robert L. Edwards II appealed an order denying relief in a suit affecting the parent-child relationship. The appeal was submitted without briefs because the appellant failed to
file his brief by the March 11, 2006 due date. See Tex. R. App. P. 38.6(a). The appellant did
not request additional time to file the brief. See Tex. R. App. P. 38.6(d). On May 1, 2006,
we notified the parties that the appeal would be advanced without oral argument. See Tex.
R. App. P. 39.9. In the absence of a brief assigning error, we dismiss the appeal for want of
prosecution. Tex. R. App. P. 38.8(a)(1).


 APPEAL DISMISSED.



 ___________________________

 STEVE McKEITHEN

 Chief Justice


Submitted on May 22, 2006

Opinion Delivered June 1, 2006

Before McKeithen, C.J., Gaultney and Kreger, JJ.